UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cr-00320-JPH-MJD ) |
| DEVON GRAVES, | ) -01 ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Mark J. Dinsmore's Report and Recommendation and all findings therein, dkt. [83]. The Court now **ORDERS** that Devon Graves's supervised release is therefore **REVOKED**, dkt. [76], and Mr. Graves is sentenced to the custody of the Attorney General or his designee for imprisonment of 10 months, with no federal supervision to follow.

**SO ORDERED.**

Date: 1/3/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C